# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MAHDI ELIKAEI,

                                    Petitioner,

        v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; et al.,

                                    Respondents.

Case No.:  25-cv-03219-DMS-AHG

**ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR A NEW HEARING DATE; MODIFYING BRIEFING SCHEDULE**

**[ECF No. 13]**

        Pending before the Court is Respondents' unopposed motion to change the hearing date for Petitioner's motion to enforce judgment from April 3, 2026, at 1:30 p.m to any time on April 6, 2026.  (ECF No. 13.)  Good cause appearing, the Court **GRANTS** Respondents' motion.  Accordingly, Petitioner's motion to enforce judgment shall be heard on **April 6, 2026, at 1:30 p.m.**  Respondents' opposition will be due **March 23, 2026**, and Petitioner's reply will be due **March 30, 2026**.

        **IT IS SO ORDERED.**

Dated:  February 25, 2026

_____

Hon. Dana M. Sabraw
United States District Judge

1

25-cv-03219-DMS-AHG