# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MAHDI ELIKAEI,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; et al.,

Respondents.

Case No.:  25-cv-03219-DMS-AHG

**ORDER VACATING ORAL ARGUMENT**

Petitioner's motion to enforce judgment is scheduled for hearing **April 6, 2026, at 1:30 p.m.** (*See* ECF Nos. 13, 14.)  The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the April 6, 2026 hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated:  April 3, 2026

Hon. Dana M. Sabraw
United States District Judge

1

25-cv-03219-DMS-AHG