# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MAHDI ELIKAEI,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California; et al.,

Respondents.

Case No.:  25-cv-03219-DMS-AHG

**ORDER REQUESTING ADDITIONAL EVIDENCE**

Before the Court is Petitioner's motion to enforce judgment (ECF No. 12.)  In their opposition to the motion, Respondents referenced a recording of Petitioner's bond hearing. (*See* ECF No. 15, at 5 n.1.)  The Court **ORDERS** Respondents to submit the recording of the hearing to the Court no later than **May 27, 2026**.

**IT IS SO ORDERED.**

Dated:  May 7, 2026



Hon. Dana M. Sabraw
United States District Judge

1

25-cv-03219-DMS-AHG